## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOE LEE BEECHER<br><br>Defendant - Appellant. | Appeal No. 24-8082<br><br><br><br>**UNOPPOSED MOTION TO STAY** |

COMES NOW, CJA counsel, Thomas Fleener of Fleener Petersen, LLC, and hereby moves this Court to stay all proceedings and deadlines in this case. In support of this motion, Appellant states as follows:

1. There are current transcript preparation and other deadlines pending in this case.

2. On or about January 15, 2025, counsel was informed by US Marshal that Mr. Beecher had died while being transported into BOP custody.

3. Because Mr. Beecher is deceased, the United States will be dismissing the indictment as soon as they can receive additional, official, verification of death.

WHEREFORE, for the foregoing reasons, Counsel respectfully moves this Court to stay the current appeal and all deadlines.

Joe Lee Beecher, Appellant

BY: _____//s//_Tom Fleener_____
Thomas A.  Fleener
Attorneys for Appellant
Fleener Petersen, LLC.
506 S. 8th Street
Laramie, WY  82070
(307) 460-4333
(866) 825-6038 fax
tom@fleenerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, a true and correct copy of the foregoing UNOPPOSED MOTION TO STAY was served on the United States by email.

_____//s//____Tom Fleener_____
Tom Fleener

2