UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff/Appellee, | ) |
| v. | ) **Appeal No. 24-8082** |
| **JOSPEH LEE BEECHER,** | ) |
| Defendant/Appellant. | ) |

## Notice of Appellant's Death and
## Unopposed Motion to Dismiss Appeal and Abate Proceedings

Under Fed. R. App. P. 43(a)(1), Thomas A. Fleener (1) advises this Court of Defendant-Appellant Joseph Lee Beecher's death; and (2) moves this Court to dismiss Mr. Beecher's appeal and remand this case to the district court with instructions to vacate the judgment and dismiss the underlying indictment, for the following reasons:

1.   Mr. Beecher was convicted of kidnapping (Count One), 18 U.S.C. § 1201(a)(1); carjacking (Count Two), 18 U.S.C. § 2119(1); use/carry/brandish a firearm during a crime of violence (Count Three),18 U.S.C. §§ 924(c)(1); and transportation of stolen firearms (Count Four), 18 U.S.C. § 9 22(j) and sentenced to 184 months as to Counts One and Two and 120 months as to Count Four all to run concurrently and 84 months as to Count Three to run consecutively to all

other counts. WYD 17-26. On December 6, 2024, Mr. Beecher timely filed a notice of appeal. WYD 27.

2. On January 15, 2025, while this appeal was pending, Mr. Beecher died in prison.

3. "[D]eath pending direct review of a criminal conviction abates not only the appeal but also all proceedings had in the prosecution from its inception." *United States v. Davis*, 953 F.2d 1482, 1486 (10th Cir. 1992) (citation omitted). The rationale for abatement is that "the interests of justice ordinarily require that [a criminal defendant] not stand convicted without resolution of the merits of his appeal, which is an 'integral part of our system for finally adjudicating his guilt or innocence.'" *United States v. Volpendesto*, 755 F.3d 448, 452–53 (7th Cir. 2014) (quotations omitted). In such circumstances, the Tenth Circuit's practice has been to dismiss the appeal and remand the case to the district court "with instructions to vacate the judgment and dismiss the underlying indictment." *Davis*, 953 F.2d at 1486; *accord United States v. Fernandez*, 303 F. App'x. 640 (10th Cir. 2008) (unpublished) (same); *United States v. Rice*, 303 F. App'x. 581 (10th Cir. 2008) (unpublished) (same); *United States v. Coddington*, 802 F. App'x. 373 (10th Cir. 2020) (unpublished) (same).

4. Assistant United States Attorney Margaret M. Vierbuchen has advised counsel for Mr. Beecher that the government does not oppose this motion.

WHEREFORE it is respectfully requested that this Court dismiss Mr. Beecher's appeal and remand this case to the district court with instructions to vacate the judgment and dismiss the underlying indictment.

    Respectfully submitted,

    s/ Thomas A. Fleener
    Thomas A. Fleener
    Attorney for Appellant
    Fleener Petersen, LLC.
    506 S. 8th Street
    Laramie, WY 82070
    (307) 460-4333
    (866) 825-6038 fax
    tom@fleenerlaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of February, 2025, the above was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. Because opposing counsel, Assistant United States Attorney Margaret M. Vierbuchen, is a registered CM/ECF user, she will be served by the CM/ECF system.

    /s/     Tom Fleener
    THOMAS A. FLEENER